JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 27 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1715*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1715 

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| PENNSYLVANIA EASTERN | | |
| ~~PAE 2 05-1096~~ | ~~Scott T. Reuter, et al. v. WM Specialty Mortgage, LLC, et al.~~ | Opposed 3/13/06 |
| PAE 2 05-4427 | Michele D'Ambrogi, et al. v. Ameriquest Mortgage Co. | |
| ~~PAE 2 05-6112~~ | ~~Jeanette Stokes Godwin v. Argent Mortgage Co., LLC, et al.~~ | Opposed 3/13/06 |
| PENNSYLVANIA WESTERN | | |
| ~~PAW 2 05-391~~ | ~~Karen M. Kahrer v. Ameriquest Mortgage Co.~~ | Opposed 3/15/06 |
| RHODE ISLAND | | |
| ~~RI 1 05-153~~ S | ~~Lillian Melendez v. Ameriquest Mortgage Co.~~ | Vacated 3/09/06 |
| ~~RI 1 05-527~~ S | ~~Eddy G. Pena v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-528~~ T | ~~Richard Daneau v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-529~~ ML | ~~Maria S. Eyre v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-530~~ T | ~~Charles F. Parisi v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-531~~ S | ~~Karleen M. Frost v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-532~~ ML | ~~Richard J. Silvia v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-533~~ ML | ~~Joseph F. Creamer, III v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| ~~RI 1 05-538~~ S | ~~Renee Leclerc v. Ameriquest Mortgage Co.~~ | Opposed 3/08/06 |
| TENNESSEE MIDDLE | | |
| ~~TNM 3 05-793~~ | ~~Rickie Ann Reese v. Ameriquest Mortgage Co., et al.~~ | Opposed 3/15/06 |

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| ALABAMA SOUTHERN | | |
| ~~ALS 1 05-78~~ | ~~Valerie Lund Mitchell, et al. v. Ameriquest Mortgage Co., et al.~~ | Opposed 3/10/06 |
| CALIFORNIA CENTRAL | | |
| ~~CAC 2 05-1426~~ | ~~Raymond Quarterman, Jr. v. Ameriquest Capital Corp., et al.~~ | Opposed 3/15/06 |
| ~~CAC 2 05-4982~~ | ~~Maria Morrison, et al. v. Ameriquest Mortgage Co., et al.~~ | Opposed 3/14/06 |
| CAC 8 05-285 | Tonya Sumner Brown, et al. v. Ameriquest Capital Corp., et al. | |
| CAC 8 05-907 | Rosalind Van Gorp, et al. v. Ameriquest Mortgage Co., et al. | |
| CAC 8 05-1117 | Deborah Juillerat v. Ameriquest Mortgage Co. | |
| CALIFORNIA NORTHERN | | |
| ~~CAN 5 05-2905~~ | ~~Juan Medina v. Argent Mortgage Co., et al.~~ | Opposed 3/14/06 |
| CONNECTICUT | | |
| CT 3 05-452 | Wray Bailey, et al. v. Ameriquest Mortgage Co. | |
| CT 3 05-1296 | Jerome L. Sievers, et al. v. Ameriquest Mortgage Co., et al. | |
| ~~CT 3 05-1653~~ | ~~Wetzer Surin v. Alpha Mortgage Lending, LLC, et al.~~ | Opposed 3/14/06 |
| FLORIDA MIDDLE | | |
| FLM 3 04-1296 | George Barber, et al. v. Ameriquest Capital Corp., et al. | |
| FLM 8 05-1849 | Steven H. Ungar v. Ameriquet Mortgage Co. | |
| FLORIDA SOUTHERN | | |
| ~~FLS 1 05-21103~~ | ~~Miguel Almaguer v. Argent Mortgage Co., LLC, et al.~~ | Opposed 3/15/06 |
| GEORGIA MIDDLE | | |
| ~~GAM 1 05-107~~ | ~~J. Michael Campbell v. Johnnie Ross, et al.~~ | Opposed 3/10/06 |
| INDIANA NORTHERN | | |
| INN 2 05-411 | Joseph A. Mikowski, et al. v. Ameriquest Mortgage Co., et al. | |
| INDIANA SOUTHERN | | |
| INS 1 05-1618 | Katrina D. Purdy-Roth, et al. v. Argent Mortgage Co., LLC, et al. | |
| LOUISIANA EASTERN | | |
| ~~LAE 2 05-3067~~ | ~~John Darius Powell, et al. v. Ameriquest Mortgage Co.~~ | Opposed 3/15/06 |
| MINNESOTA | | |
| MN 0 05-589 | Thomas B. Doherty, et al. v. Town & Country Credit Corp. | |
| NEW YORK EASTERN | | |
| NYE 2 05-3987 | Richard A. Madrazo v. Ameriquest Mortgage Co. | |
| OHIO NORTHERN | | |
| OHN 1 05-1126 | Pegi Saunders, et al. v. Ameriquest Mortgage Co., et al. | |