FILED CA05-531S

A CERTIFIED TRUE COPY

MAR 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR - 4 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 28 2006

FILED
CLERK'S OFFICE

06CV1928

Judge Aspen

*DOCKET NO. 1715*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the eight District of Rhode Island actions listed on the attached Schedule A on February 27, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these eight actions filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 27, 2006, is LIFTED insofar as it relates to the eight actions listed on the attached Schedule A, and thus these actions are transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Marvin E. Aspen.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By A. Bangard
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: APR 12 2006

# SCHEDULE A

MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

District of Rhode Island

*Eddy G. Pena v. Ameriquest Mortgage Co.*, C.A. No. 1:05-527 — Our Case 06CV1924
*Richard Daneau v. Ameriquest Mortgage Co.*, C.A. No. 1:05-528 — Our Case 06CV1925
*Maria S. Eyre v. Ameriquest Mortgage Co.*, C.A. No. 1:05-529 — Our Case 06CV1926
*Charles F. Parisi v. Ameriquest Mortgage Co.*, C.A. No. 1:05-530 — Our Case 06CV1927
*Karleen M. Frost v. Ameriquest Mortgage Co.*, C.A. No. 1:05-531 — Our Case 06CV1928
*Richard J. Silvia v. Ameriquest Mortgage Co.*, C.A. No. 1:05-532 — Our Case 06CV1929
*Joseph F. Creamer, III v. Ameriquest Mortgage Co.*, C.A. No. 1:05-533 → Our Case 06CV1930
*Renee Leclerc v. Ameriquest Mortgage Co.*, C.A. No. 1:05-538 → Our Case 06CV1931

**INVOLVED COUNSEL LIST**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Carolyn P. Medina
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

**April 12, 2006**

David A. DiMarzio, Clerk of Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence RI 02903-1779

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**
Your case number: 1:05-531 Karleen M. Frost v. Ameriquest Mortgage Co., et al

Our case number: **06 cv 1928 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Marvin E. Aspen.

Please forward your court file, a certified copy of the docket sheet and the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: Anita Bayard
Director of Docketing

Enclosure

COPY

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

CA05-531S

**April 12, 2006**

David A. DiMarzio, Clerk of Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence RI 02903-1779

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**
Your case number: 1:05-531 Karleen M. Frost v. Ameriquest Mortgage Co., et al

Our case number: **06 cv 1928 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Marvin E. Aspen.

Please forward your court file, a certified copy of the docket sheet and the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: ______________________
Director of Docketing

Enclosure